CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com
Attorney for Owner/Requestor
American Cinema International, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re Subpoena to | Case No.: 1:22-mc-517 |
| Youtube (Google, LLC) | |

DECLARATION PURSUANT TO 17 U.S.C. 512(h)

KERRY S. CULPEPPER, hereby declares under penalty of law that the following is true and correct:

1. I am an attorney licensed to practice law in Hawaii and represent American Cinema International, Inc., owner of the copyright in the motion picture *I Can Only Imagine*.

2. This declaration is made in support of the accompanying subpoena, pursuant to 17 USC 512(h)(2)(C).

3. The purpose of the accompanying Subpoena is to obtain the identity of the alleged copyright infringer(s), namely the individuals who are promoting and/or

20-034I

distributing copies and streams of the motion picture. The information obtained will be used only for the purpose of protecting the rights granted to the copyright owner.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Kailua-Kona, Hawaii, Oct. 14, 2022.

CULPEPPER IP, LLLC


 /s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Owner/Requestor

20-034I