**Exhibit "1"**



**KERRY S. CULPEPPER ***

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
AND BEFORE THE USPTO

**CULPEPPER IP, LLLC**

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

www.culpepperip.com

PATENTS, TRADEMARKS & COPYRIGHTS

Via E-Mail <copyright@youtube.com>

Via First Class Mail
DMCA Complaints
YouTube, LLC (Google LLC)
901 Cherry Ave.
San Bruno, CA 94066

October 13, 2022

Re: Copyright Claim of allegation of direct and contributory copyright infringement on websites registered or affiliated with Youtube (My Ref: 20-023xx)

Dear Sir or Madam:

A physical or electronic signature of the copyright owner, or a person authorized to act on behalf of the owner, of an exclusive copyright that has allegedly been infringed.

Kerry S. Culpepper authorized to act on behalf of owner American Cinema Inspires, Inc.

/Kerry S. Culpepper/

Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works on that site.

Infringements of the motion picture **I Can Only Imagine** at the websites:
- https://youtu.be/6dwqQ2bXbUw
- https://youtu.be/c7O0iAXmwiw

Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit Youtube to locate the material.

Page 2

(1) streams and copies of the motion picture **I Can Only Imagine** distributed and streamed at following website domain:

https://youtu.be/52HxtgW1q7Q

(2) screenshots provided below

- https://youtu.be/6dwqQ2bXbUw





Page 3



- https://youtu.be/c7O0iAXmwiw



Page 4

Information reasonably sufficient to permit Youtube to contact the Complaining Party, such as an address, telephone number, and, if available, an electronic mail address at which the Complaining Party may be contacted.

Kerry S. Culpepper, Esq.,
Culpepper IP, LLLC,
75-170 Hualalai Road,
Suite B204,
Kailua-Kona, Hawaii 96740
US Tel 1-808-464-4047
kculpepper@culpepperip.com

A statement that the Complaining Party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Further, I have considered fair use.

A statement that the information in the notification is accurate, and under penalty of perjury, that the Complaining Party is the owner, or is authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.

The information in the notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owner, American Cinema Inspires, Inc., of an exclusive right that is allegedly infringed.

Sincerely,

Kerry S. Culpepper

**Screenshots**

https://youtu.be/6dwqQ2bXbUw



Page 6





https://youtu.be/c7O0iAXmwiw



Page 9



